# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY G. MARTIN, *Plaintiff*, v. UNITED BRIDGE CAPITAL, LP; UNITED BRIDGE CAPITAL FUNDING 3, LLC; CFAI SPECIAL ASSETS, LLC; CHURCHILL REAL ESTATE HOLDINGS LLC; JUSTIN EHRLICH; SARPER C BEYAZYUREK; S. TRAVIS MASTERS; SORABH MAHESHWARI; and TODD BILLINGS, *Defendants*. | No. 3:20-cv-00081-KAD<br><br>NOVEMBER 16, 2020 |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants United Bridge Capital, LP, United Bridge Capital Funding 3, LLC, CFAI Special Assets, LLC, Churchill Real Estate Holdings LLC, Sarper C. Beyazyurek, Todd Billings, Justin Ehrlich, Sorabh Maheshwari, and S. Travis Masters move to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). This motion to dismiss should be granted for the following reasons:

1. *Pro se* Plaintiff Timothy Martin's Complaint fails to state a viable claim of usury under federal or state law. Federal law is altogether inapplicable here. With respect to state law, the loan at issue complies with the applicable state statute, Mass. Gen. Laws ch. 271, § 49.

2. Plaintiff fails to state a claim for fraudulent transfer because this is not a situation where a debtor transfers property to impede collection by a creditor.

3. Plaintiff does not state a cognizable conspiracy claim because there is no viable underlying tort claim.

4.     The Court does not have personal jurisdiction over the individual Defendants (Beyazyurek, Billings, Ehrlich, Maheshwari, and Masters). And even if there were personal jurisdiction, Plaintiff fails to state a claim against these individuals.

The reasons supporting the dismissal of this case are more fully stated in the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ David Norman-Schiff*
David Norman-Schiff (ct30082)
James I. Glasser (ct07221)
Wiggin and Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
dnorman-schiff@wiggin.com
jglasser@wiggin.com

*Attorneys for Defendants*